NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARRETT M. KERN, DC #Y48052,              )
                                          )
     Appellant,                         )
                                          )
v.                                        )    Case No. 2D18-3693
                                          )
STATE OF FLORIDA,                         )
                                          )
     Appellee.                          )
_____       )

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County, Joseph Fuller, Judge.

Garrett M. Kern, pro se.

PER CURIAM.

       Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.